In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-335 CR


NO. 09-03-336 CR


NO. 09-03-337 CR


NO. 09-03-338 CR


NO. 09-03-339 CR


____________________



JERRY DON WILSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause Nos. 16407, 16413, 16415, 16421 and 16423






MEMORANDUM OPINION (1)


 Jerry Don Wilson was convicted and sentenced on five indictments for burglary of
a habitation. Wilson filed notice of appeal on July 17, 2003. In each case, the trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certifications have been provided to the Court of Appeals by
the district clerk.

 On July 24, 2003, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made 
a part of the appellate records by August 23, 2003. See Tex. R. App. P. 37.1. The
records have not been supplemented with amended certifications. Because a certification
that shows the defendant has the right of appeal has not been made part of the record, the
appeals must be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM


Opinion Delivered August 28, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.